DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAKE WORTH REAL ESTATE, INC.,** a Florida corporation, and
**REES BOWEN GILLESPIE, III,** individually,
Appellants,

v.

**SCOTT ECKLER** and **LINDA ECKLER,** individually, **SHERBROOKE
PARTNERS, LLC,** a dissolved Florida limited liability company, **EWO** at
**SHERBROOKE, INC.,** a dissolved Florida corporation, **REGENCY
CONSTRUCTORS, LLC,** a dissolved Florida limited liability company,
**REGENCY HOMES, INC.,** a dissolved Florida corporation, **NRT NEW
YORK, LLC** d/b/a **THE CORCORAN GROUP,** a Foreign limited liability
company, **BANNER SUPPLY CO.,** a Florida corporation and **KNAUF
PLASTERBOARD TIANJIN CO., LTD.,** a foreign corporation,
Appellees.

Nos. 4D16-1855 and 4D16-1858

[February 8, 2018]

Consolidated appeal from the Circuit Court for the Fifteenth Judicial
Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No.
502011CA012907XXXXMB (AH).

Ronald E. D'Anna of Goede, Adamczyk, Deboest & Cross PLLC, Boca
Raton, for appellants.

Steven J. Rothman and Daniel R. Widboom of Jones, Foster, Johnston
& Stubbs, P.A., West Palm Beach, for appellees Scott Eckler and Linda
Eckler.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***